

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| ICR/AFM/KCB | *271 Cadman Plaza East* |
| F. #2018R01047 | *Brooklyn, New York 11201* |

December 17, 2020

<u>By Email and ECF</u>

Samuel M. Braverman
Albert Y. Dayan
Kenneth J. Kaplan
Joel M. Stein
Geoffrey R. Kaiser
Todd D. Greenberg
John S. Wallenstein
Richard D. Willstatter

      Re:    United States v. Jack Cabasso, <u>et al.</u>
                     <u>Criminal Docket No. 19-CR-582 (DRH)</u>

Dear Counsel:

      The government has made available a further production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. As with the government's prior productions, this material can be obtained by contacting John Palermo at DupeCoop at 973-895-1359. This production supplements the disclosures of Rule 16 discovery produced to individual defendants on January 14, 2020, and November 18, 2020, and to all defendants on June 24, 2020, July 2, 2020, July 10, 2020, July 31, 2020, September 17, 2020, October 16, 2020, and November 24, 2020. The government renews its request for reciprocal discovery from the defendants.

      Specifically, enclosed please find the following materials, which are subject to the protective order entered in this case on May 29, 2020:

| Records | Bates Number |
|---|---|
| Anixter Corp. | AVTESI_0003374423-AVTESI_0003374785 |
| Atlantic CommTech Corp. | AVTESI_0003374786-AVTESI_0003383401 |
| CarMax | AVTESI_0003383402-AVTESI_0003383803 |
| Hyatt | AVTESI_0003742954-AVTESI_0003744360 |
| Johnson Controls Federal Systems, Inc. | AVTESI_0003383806-AVTESI_0003383807; AVTESI_0003744361-AVTESI_0003744546 |
| Prager Metis CPAs | AVTESI_0003383808-AVTESI_0003390602 |
| Marnell Gaming, LLC | AVTESI_0003390603-AVTESI_0003390701 |
| Orion Security Solutions | AVTESI_0003390702-AVTESI_0003427668 |
| Security Hunter | AVTESI_0003427669-AVTESI_0003721270 |
| Stotler Yacht and Ship Co. | AVTESI_0003721271-AVTESI_0003721285 |
| STP Nuclear Operating Co. | AVTESI_0003721286-AVTESI_0003721727 |
| Tactical Intelligence | AVTESI_0003721729-AVTESI_0003722146 |
| Tesla | AVTESI_0003722147-AVTESI_0003722232 |
| Torgersen | AVTESI_0003722233-AVTESI_0003722268 |
| Women's Business Enterprise National Council | AVTESI_0003722269-AVTESI_0003723694 |
| Wichita Public Schools | AVTESI_0003723695-AVTESI_0003742953 |

The data consists of load files containing native, text and TIFF files.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

SETH D. DuCHARME
Acting United States Attorney

By:      /s/
Ian C. Richardson
Alexander Mindlin
Kayla Bensing
Assistant U.S. Attorneys
(718) 254-6299/6433/6279

Enclosures

cc: Clerk of the Court (DRH) (by ECF) (without enclosures)