U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP:ICR/AFM/KCB
F. #2018R01047

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 15, 2021

By ECF and Email

The Honorable Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: United States v. Jack Cabasso et al.
     <u>Criminal Docket No. 19-582 (DRH)</u>

Dear Judge Hurley:

  The government writes, as directed, to inform the Court and defense counsel that its July 9, 2021 discovery production, <u>see</u> ECF No. 200, can now be ordered from Dupe Coop in iPro Eclipse format. Counsel should specify that they wish to order Production 9 in iPro format.

           Respectfully submitted,

           JACQUELINE M. KASULIS
           Acting United States Attorney

     By: /s/
        Ian Richardson
        Alexander Mindlin
        Kayla Bensing
        Assistant U.S. Attorneys
        (718) 254-7000

cc: Clerk of Court (DRH) (by ECF and E-mail)
   All Counsel (by ECF)