LAW OFFICES
# JOHN S. WALLENSTEIN
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600  FAX (516) 742-5040**
EMAIL: JSWallensteinEsq@outlook.com

February 17, 2022

**VIA ECF**
Hon. Arlene R. Lindsay
United States Magistrate Judge
810 Federal Plaza
Central Islip, New York 11722

    **Re:  United States v. Cabasso, *et al***
         **Docket # 19 CR 582 (DRH)(ARL)**
         **Defendant Alan Schwartz**

Dear Judge Lindsay;

    I represent Alan Schwartz in the above indictment, along with Richard D. Willstatter, Esq. The issues before the Court at the scheduled hearing on March 2 do not directly concern Mr. Schwartz, who resides in Florida and would prefer not to travel at this time

    We therefore respectfully request that Mr. Schwartz' presence at the hearing be excused. He recognizes that he has a right to attend, and voluntarily waives that right. Counsel for Mr. Schwartz will be present.

    Thank you for your courtesy and consideration.

                                  Respectfully yours,

                                  *John S. Wallenstein*

                                  JOHN S. WALLENSTEIN

JSW/hs
cc:    All counsel (by ECF)