BEFORE: STEVEN L. TISCIONE  
UNITED STATES MAGISTRATE JUDGE

DATE: July 22, 2022  
TIME: 1:30 P.M.

# CRIMINAL CAUSE FOR GUILTY PLEA

**FILED CLERK**

**DOCKET No. 19-cr-582**

4:48 pm, Jul 22, 2022

**U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK LONG ISLAND OFFICE**

**DEFENDANT: Alan Schwartz**  **DEF. #**

☒ Present ☐ Not Present ☐ Custody ☒ Bail/Surrender

**DEFENSE COUNSEL**: John Wallenstein, Richard Willstatter

☐ Federal Defender ☐ CJA ☒ Retained

**A.U.S.A.**: Alexander Mindlin, Ian Richardson

INTERPRETER: None

PROBATION OFFICER/PRETRIAL: N/A

COURT REPORTER/FTR LOG: 1:28 – 1:50   MAGISTRATE DEPUTY: SHW

☒ Case called  ☒ Counsel for all sides present

☒ Defendant is sworn, arraigned, informed of his rights, and waives trial before District Court

☒ Defendant enters a Plea of Guilty to Count 1 of the Superseding Information

☒ Court finds a factual basis for the plea and accepts it

Sentencing:  ☐ Set for _____ before Judge _____

☒ To be determined/set by probation

Defendant:  ☐ Continued in Custody

☒ Bail Continued

☒ Plea agreement marked as Ex. 1 and returned to the Government.

☒ Transcript ordered

OTHER: Upon defendant's consent to proceed before a United States Magistrate Judge, Magistrate Judge Tiscione, having administered the allocution and finding that the plea was knowingly and voluntarily made and not coerced, recommends that the plea of guilty be accepted by the District Judge.