**FILED
CLERK**

8/29/2022 12:17 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ALAN SCHWARTZ,

        Defendant.

- - - - - - - - - - - - - - - - - - -X

ORDER ACCEPTING
GUILTY PLEA

Docket No. 19-CR-582 (JMA)

        IT IS THE FINDING of the Court, based upon a review of the transcript of the guilty plea of the defendant, offered on July 22, 2022, before United States Magistrate Judge Steven L. Tiscione, that the defendant pleaded guilty knowingly and voluntarily, and there is a factual basis supporting the defendant's plea of guilty.

        IT IS HEREBY ORDERED that the guilty plea of the defendant, offered on July 22, 2022 before Magistrate Judge Tiscione is accepted.

        IT IS SO ORDERED.

        /s/ Joan M. Azrack
_____
THE HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

Dated: Central Islip, New York
      August 29, 2022